# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

REGINALD LEON THOMAS,

    Plaintiff,

v.                              Case No. 8:08-CV-662-30EAJ

CORPORAL ROBINSON, et al.,

    Defendants.
_____/

## ORDER

This matter came before the Court *sua sponte* upon a review of the case file. By failing to comply with the Court's November 25, 2008 Order directing him to complete the forms necessary to effect service of process on the Defendants (See Dkt. 17), Plaintiff has failed to prosecute this action.[1] Plaintiff was cautioned that "[f]ailure to return the completed forms and copies of the complaint within this time period will result in dismissal of the case for failure to prosecute, without further notice." (Id. at page 3).

ACCORDINGLY, the Court **ORDERS** that:

1. This action is **DISMISSED** without prejudice for failure to prosecute pursuant to Local Rule 3.10(a).

2. The **Clerk of the Court** is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on January 23, 2009.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copies furnished to:
Counsel/Parties of Record

---

[1] The order was not returned to the Clerk as undeliverable.